IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MARILYN D. LANXON,**                                              07-CV-1465-BR

      **Plaintiff,**                                          **JUDGMENT**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


**FLOYD H. SHEBLEY**
Floyd H. Shebley, P.C.
419 5th Street
P.O. Box 1717
Oregon City, OR 97045
(503) 655-5500

      Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1158

**DAVID MORADO**
Regional Chief Counsel
**DAVID J. BURDETT**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

      Attorneys for Defendant

    Based on the Court's Opinion and Order (#15) issued October 8, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this __8th__ day of October, 2008.


                            ___/s/ Anna J. Brown_____
                             ANNA J. BROWN
                             United States District Judge